

# NUMBER 13-22-00376-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE BERRY CONTRACTING, LP D/B/A
## BAY LTD. AND JUAN HERNANDEZ

### On Petition for Writ of Mandamus.

# ORDER

**Before Chief Justice Contreras and Justices Longoria and Tijerina**
**Order Per Curiam**

By petition for writ of mandamus, relators Berry Contracting, LP d/b/a Bay Ltd. and Juan Hernandez seek to set aside a July 28, 2022 order concluding that relators "have failed to prove the affirmative defense of exclusive remedy" in a case concerning workers' compensation. *See* TEX. LAB. CODE ANN. § 408.001(a). By motion to stay, relators seek to stay the underlying proceedings, including the August 22, 2022 trial of this matter.

This Court, having examined and fully considered the relators' motion to stay, is of the opinion that it should be granted. Accordingly, we grant the relators' motion to stay

and order the trial court proceedings to be stayed pending further order of this Court, or until this case is finally decided. *See* TEX. R. APP. P. 52.10(b). The Court requests that the real parties in interest, Gernal Mann and Jennifer Mann, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See id.* R. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
16th day of August, 2022.